# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 4361423 CANADA INC. d/b/a ANYWHERE COMMERCE,<br><br>Plaintiff,<br><br>v.<br><br>Square, Inc.,<br><br>Defendant. | Case No. 4:19-cv-04311-JSW<br><br>Honorable Jeffrey S. White<br><br>[PROPOSED] ORDER TO STIPULATED MOTION FOR ORDER EXTENDING DEADLINES<br>AS MODIFIED HEREIN |

### ORDER

The parties having stipulated, and there being good cause, it is hereby ordered that:

1. Defendant Square's response to Plaintiff AnywereCommerce's Complaint shall be due on or before September 23, 2019;

2. Plaintiff AnywhereCommerce's response to Square's response shall be due on or before November 8, 2019; and

3. Defendant Square's reply to AnywhereCommerce shall be due on or before November 15, 2019.

4. The Case Management Conference is rescheduled for December 13, 2019.
5. The parties' joint case management conference statement is due on December 6, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
The parties shall review this Court's Standing Order for Patent Cases.

DATED: September 23, 2019        By: /s/ Jeffrey S. White
                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE