Bijal V. Vakil (SBN 192878)
WHITE & CASE LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: 650.213.0300
Facsimile:  650.213.8158
Email:      bvakil@whitecase.com

ATTORNEYS FOR DEFENDANT
SQUARE, INC.

Joseph R. Saveri
Steven Noel Williams
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: swilliams@saverilawfirm.com

Aaron A. Myers
Niall Andrew MacLeod
Diane Lee Peterson
KUTAK ROCK LLP
60 South Sixth Street, Suite 3400
Minneapolis, MN 55402
Telephone: (612) 334-5000
Email: aaron.myers@kutakrock.com
Email: niall.macleod@kutakrock.com
Email: diane.peterson@kutakrock.com

ATTORNEYS FOR PLAINTIFF
4361423 CANADA INC.,
D/B/A ANYWHERECOMMERCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 4361423 CANADA INC. d/b/a ANYWHERECOMMERCE,<br><br>  Plaintiff,<br><br>   v.<br><br>SQUARE, INC.,<br><br>  Defendant. | Case No.  4:19-cv-04311-JSW<br><br>**JOINT NOTICE OF MOTION AND MOTION TO STAY CASE PENDING IPRS**<br><br>DATE:    December 6, 2019<br>TIME:    9:00 a.m.<br>JUDGE:   The Honorable Jeffrey S. White<br>CTRM:    5, 2nd Floor |

**TO THE COURT AND TO ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE** that 4361423 Canada Inc. d/b/a AnywhereCommerce ("AC") and Square, Inc. ("Square"), collectively the "Parties," hereby file this Joint Motion to Stay Case Pending IPRS to be heard on December 6, 2019, at 9:00 a.m. or as soon thereafter as counsel may be heard before the Honorable Jeffrey S. White in Courtroom 5 in the United States District Court for the Northern District of California, Oakland Division, 1301 Clay Street, Oakland, California.

The Parties file this joint motion to stay the action against Square in view of Square's recently-filed petitions for *inter partes* review ("IPRs") of U.S. Patent No. 8,286,875 (the "'875 patent") (IPR2019-01625 and IPR2019-01626), U.S. Patent No. 8,281,998 (the "'998 patent") (IPR2019-01627 and IPR2019-01628), U.S. Patent No. 9,269,084 (the "'084 patent") (IPR2019-01629 and IPR2019-01630), U.S. Patent No. 9,016,566 (the "'566 patent") (IPR2019-01649), U.S. Patent No. 9,311,637 (the "'637 patent") (IPR2019-01650), U.S. Patent No. 9,443,239 (the "'239 patent") (IPR2019-01651), U.S. Patent No. 9,613,351 (the "'351 patent") (IPR2019-01652), and U.S. Patent No. 9,818,107 (the "'107 patent") (IPR2019-01653 and IPR2019-01654).

Consistent with the intent of the America Invents Act to resolve patent challenges more efficiently, Square and AC respectfully request the Court stay this action pending Final Written Decisions from the Patent Trial and Appeal Board ("PTAB"). *See Oyster Optics, LLC v. Ciena Corp.*, No. 17-cv-05920-JSW, 2018 U.S. Dist. LEXIS 225498 at *3 (N.D. Cal. Jan. 29, 2018) (White, J.).

As the PTAB proceedings will likely provide guidance to streamline and narrow the case, Square and AC respectfully request the Court grant the Parties' joint motion to stay this case pending Final Written Decisions from the PTAB. The Parties are prepared to submit periodic joint status reports to apprise the Court of the PTAB proceedings and to comply with any additional requirements the Court may require.

///

///

///

///

| | |
|---|---|
| | Respectfully submitted, |
| Dated: October 7, 2019 | KUTAK ROCK LLP |
| | By:  */s/ Niall A. MacLeod*<br>     Niall A. MacLeod |
| | Attorneys for Plaintiff<br>4361423 Canada Inc.,<br>d/b/a AnywhereCommerce |
| Dated: October 7, 2019 | WHITE & CASE LLP |
| | By:  */s/ Bijal V. Vakil*<br>     Bijal V. Vakil |
| | Attorneys for Defendant<br>Square, Inc. |

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Square Inc. discussed this Motion with counsel for Plaintiff on October 7, 2019, and all parties consented to the filing of this Motion.

Dated:   October 7, 2019                              WHITE & CASE LLP

                                                      By:   */s/ Bijal V. Vakil*
                                                            Bijal V. Vakil

                                                      Attorneys for Defendant
                                                      Square, Inc.

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:   October 7, 2019                              WHITE & CASE LLP

                                                      By:   */s/ Bijal V. Vakil*
                                                            Bijal V. Vakil

                                                      Attorneys for Defendant
                                                      Square, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 7th day of October 2019, with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

Dated:   October 7, 2019                              WHITE & CASE LLP

                                                      By:   */s/ Bijal V. Vakil*
                                                            Bijal V. Vakil

                                                      Attorneys for Defendant
                                                      Square, Inc.