UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 4361423 CANADA INC. d/b/a ANYWHERE COMMERCE,<br><br>    Plaintiff,<br><br>v.<br><br>SQUARE, INC.,<br><br>    Defendant. | Case No. 4:19-cv-04311-JSW<br><br>Honorable Jeffrey S. White<br><br>[PROPOSED] ORDER ON JOINT MOTION TO STAY CASE PENDING IPRS AND DENYING MOTION TO DISMISS WITHOUT PREJUDICE |

### ORDER

The parties having filed a Joint Motion, and there being good cause, it is hereby ordered that:

1. This action shall be stayed pending Final Written Decisions on *Inter Partes* Review (IPR) instituted by the Patent Trial and Appeal Board (PTAB). When Final Written Decisions are issued, the stay in this action shall be lifted.

1

2. All scheduled deadlines in the case, including the Case Management Conference scheduled for December 13, 2019 and the briefing deadlines in Doc. No. 28 are vacated.

3. The Court DENIES, WITHOUT PREJUDICE, Defendant's motion to dismiss. Defendant may renew that motion once the stay is lifted.

**PURSUANT TO THE JOINT MOTION, IT IS SO ORDERED.**

DATED: October 22, 2019

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON JOINT MOTION TO STAY CASE PENDING IPRS; CASE NO.: 4:19-CV-04311-JSW