Aaron A. Myers
Niall A. MacLeod
Diane L. Peterson
Oliver D. Griffin
KUTAK ROCK LLP
60 South Sixth Street, Suite 3400
Minneapolis, MN 55402
Telephone:  (612) 334-5000
Facsimile:   (612) 334-5050
Email:        aaron.myers@kutakrock.com
Email:        niall.macleod@kutakrock.com
Email:        diane.peterson@kutakrock.com
Email:        oliver.griffin@kutakrock.com

Joseph R. Saveri
Steven Noel Williams
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:        jsaveri@saverilawfirm.com
Email:        swilliams@saverilawfirm.com

ATTORNEYS FOR PLAINTIFF 4361423 CANADA INC., D/B/A ANYWHERECOMMERCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 4361423 CANADA INC. d/b/a ANYWHERECOMMERCE,<br><br>      Plaintiff,<br><br>v.<br><br>SQUARE, INC.,<br><br>      Defendant. | CASE NO.  4:19-CV-04311-JSW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

1

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

4361423 Canada Inc. d/b/a AnywhereCommerce is the Plaintiff in this action. Defendant Square, Inc. has not served an answer nor a motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action without prejudice.

Dated: June 22, 2021

Respectfully submitted,

KUTAK ROCK LLP

Sign Name: /s/ Niall A. MacLeod

Print Name: Niall A. MacLeod

Aaron A. Myers
Niall A. MacLeod
Diane L. Peterson
Oliver D. Griffin
KUTAK ROCK LLP
60 South Sixth Street, Suite 3400
Minneapolis, MN 55402
Telephone:  (612) 334-5000
Facsimile:   (612) 334-5050
Email: aaron.myers@kutakrock.com
Email: niall.macleod@kutakrock.com
Email: diane.peterson@kutakrock.com
Email: oliver.griffin@kutakrock.com

Attorneys for Plaintiff
4361423 Canada Inc.
d/b/a AnywhereCommerce

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of June 2021, with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

Dated: June 22, 2021            KUTAK ROCK LLP

By: /s/ Niall A. MacLeod
Niall A. MacLeod

Attorney for Plaintiff
4361423 Canada Inc.
d/b/a AnywhereCommerce