AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of California__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>19-cv-4311-JSW | DATE FILED<br>7/26/2019 | U.S. DISTRICT COURT<br>Northern District of California |
|---|---|---|
| PLAINTIFF<br>4361423 Canada Inc. d/b/a AnywhereCommerce | | DEFENDANT<br>Square, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,286,875 | 10/16/2012 | 4361423 Canada Inc. |
| 2 | 8,281,998 | 10/9/2012 | 4361423 Canada Inc. |
| 3 | 9,016,566 | 4/28/2015 | 4361423 Canada Inc. |
| 4 | 9,269,084 | 2/23/2016 | 4361423 Canada Inc. |
| 5 | 9,311,637 | 4/12/2016 | 4361423 Canada Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  9,443,239 | 9/13/2016 | 4361423 Canada Inc. |
| 2  9,613,351 | 4/4/2017 | 4361423 Canada Inc. |
| 3  9,818,107 | 11/14/2017 | 4361423 Canada Inc. |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See attached Notice of Dismissal |

| CLERK | (BY) DEPUTY CLERK<br>*Cynthia J. Lenahan* | DATE<br>June 24, 2021 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy